**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan HERNANDEZ–LEON,**
**Defendant–Appellant.**

**No. 00–30200.**
**D.C. No. CR–99–00084–CCL.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001.*

Decided May 31, 2001.

Before PREGERSON, FERNANDEZ, and WARDLAW, Circuit Judges.

MEMORANDUM **

Juan Hernandez–Leon appeals his guilty-plea conviction and 41–month sentence for illegal reentry, in violation of 8 U.S.C. § 1326(a). We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742, and we affirm.

Hernandez–Leon contends that *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), effectively overruled *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), and that the fact of his prior conviction is an element of the offense. These contentions are foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411, 415 (9th Cir.2000), *cert. de-*

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*nied,* —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

AFFIRMED.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

